[No. 9400–6–III.   Division Three.   May 25, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSENDO
HERNANDEZ RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–1–00073–9, Albert J. Yencopal, J., entered June 13, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 9113–9–III.   Division Three.   May 25, 1989.]

MARTY SUNDBERG, ET AL, *Appellants,* v. GRANT COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–2–00731–4, Evan E. Sperline, J., entered January 8, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[No. 9286–1–III.   Division Three.   May 25, 1989.]

LEWIS J. MADDOX, *Respondent,* v. MOBILE FLEET SERVICE,
INC., ET AL, *Appellants,* RYDER TRUCK RENTAL, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–2–00408–1, F. James Gavin, J., entered April 15, 1988. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[No. 11980–3–II.   Division Two.   May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY H.
JACOBS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00529–9, Alan R. Hallowell, J., entered March 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.